**Order filed May 29, 2012.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-11-00661-CV
NO. 14-11-00662-CV
_____

**ASHISH AND APARNA KAMAT, Appellants/Cross-Appellees**

**V.**

**ASHMITA UNNI PRAKASH, Appellee/Cross-Appellant**

---

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2009-28312**

---

## ORDER

Both the plaintiff and defendants have appealed the judgment signed May 3, 2011. The reporter's record in these cases was due **August 31, 2011.** *See* Tex. R. App. P. 35.1. The appeals were abated until November 2, 2011. On December 2, 2011, appellee/cross-appellant requested and was granted a 30-day extension of time to file the record. On January 5, 2012, LaVearn Ivey, the official court reporter, notified this court that no payment arrangements for the record had been made. This court notified the parties that

unless the record was paid for promptly, the court would consider and decide the appeals without a reporter's record. On March 23, 2012, Amanda L. King, a substitute court reporter who is now the official court reporter for the 189th District Court, advised this court that no payment arrangements had been made for her portion of the record, which covers seven days of trial. On March 29, 2012, LaVearn Ivey filed five volumes of reporter's record. On May 21, 2012, LaVearn Ivey filed another volume of the reporter's record.

On April 16, 2012, Amanda L. King notified this court that a deposit had been paid for preparation of her portion of the record and she required a 30-day extension of time to file the record. This court granted the requested extension until May 18, 2012, noting that no further extensions of time would be granted absent exceptional circumstances. To date, the complete record has not been filed with the court. On May 14, 2012, Amanda King filed a second request for an extension of time. The court **GRANTS** the second request and issues the following order.

We order **Amanda L. King**, to file the remainder of the record in this appeal **on or before June 18, 2012. No further extension will be entertained absent exceptional circumstances**. If **Amanda L. King** does not timely file the record as ordered, the court may issue an order directing her to appear before this court on a date certain to show cause why she should not be held in contempt of court for failing to file the record as ordered. The party or parties requesting the reporter's record are **ORDERED** to pay for its preparation on or before **June 18, 2012.** Non-payment of the balance owed for the record will not excuse the failure to file the record.

PER CURIAM